UNITED STATES of America,
Plaintiff–Appellee,

v.

Janice Lea UNDERWOOD,
Defendant–Appellant.

No. 03–20312.
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Feb. 18, 2004.

James Lee Turner, Assistant US Attorney, David Hill Peck, US Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Roland E. Dahlin, II, Federal Public Defender, Omar F. Guerra Johansson, Assistant Federal Public Defender, Molly E. Odom, Federal Public Defender's Office, Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, EMILIO M. GARZA, and PRADO, Circuit Judges.

PER CURIAM.*

Janice Lea Underwood appeals from her guilty-plea conviction for possession of a firearm by a felon in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2). Underwood argues that 18 U.S.C. § 922(g)(1) violates the Second Amendment, the Commerce Clause, the Tenth Amendment, and the Equal Protection Clause.

---

In *United States v. Darrington,* 351 F.3d 632, 633–35 (5th Cir.2003), this court soundly rejected the same arguments that Underwood raises. *Darrington* is binding on this panel. *See United States v. Ruff,* 984 F.2d 635, 640 (5th Cir.1993).

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.